JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ONLINE PAYMENT SOLUTIONS INC.,
a New York corporation.

        Plaintiff,

    -against-

SVENSKA HANDELSBANKEN A.B., a Swedish
public company; PETER LARS JOHANSSON, an
individual; NICHOLAS NOLTER, an individual;
ERIC NOLTER *aka* ARYKSIN NOBLE, an
individual; FACTOR EUROPE UK LIMITED, a United
Kingdom limited liability company, and DOES 1-10,

        Defendants.
-----------------------------------------------------------x

07 CIV 8692

Index No.

FRCP 7.1 STATEMENT

ECF Case

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Online Payment Solutions Inc., certifies that Online Payment Solutions Inc. is a privately held corporation.

Dated: New York, New York
       October 5, 2007

                                       LYNCH ROWIN LLP

                                       By: _____
                                       Marc Rowin (MR 6758)
                                       630 Third Avenue
                                       New York, New York 10017
                                       (212) 682-4001
                                       Attorneys for Plaintiff
                                       Online Payment Solutions Inc.

DAVID STEINER & ASSOCIATES
David Paul Steiner
A Professional Corporation
1925 Century Park East, Suite 2350
Los Angeles, CA 90067-6019
(310) 557-8422
Attorneys for Plaintiff
  Online Payment Solutions Inc.