U.S. DISTRICT COURT of the STATE OF NEW YORK
COUNTY OF SOUTHERN, NY

N
Index # 07 CIV 8692

Plaintiff(s)
ONLINE PAYMENT SOLUTIONS INC, A
NEW YORK CORPORATION

- against -          AFFIDAVIT

Defendant(s)
SVENSKA HANDEKSBANKEN A.B., A SWEDISH PUBLIC COMPANY, ET AL

Lynch Rowin Llp
630 Third Ave 16th Fl
New York, NY 10017

Court Date:
Your File No: 1700-02
Our Rec. No: 270660

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Harry Torres LIC#915257, being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen and resides in the State of New York.

That on 10/18/07 at 3:50PM at:

875 THIRD AVE., Floor 4
NEW YORK, NEW YORK 10011-7218

deponent served the within SUM, COM, FRCP 7.1 STATEMENT & THE COURT'S AND JUDGE'S RULES
on SVENSKA HANDEKSBANKEN A.B., recipient therein named.

By delivering to and leaving with JAMIE ADERSKI
at 875 3 AVE.,4FL, NY NY 10011-7218
and that he knew the person so served to be the AUTHORIZED PARTY
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30        Approximate Weight: 110      Approximate Height: 5'2
Color of Skin: WHITE           Color of Hair: BROWN          Sex: FEMALE

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active
duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so
served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18
years and is not a party to this action.

Sworn to before me this date 10/19/07
Vanessa Johnson    #01J06166083
Notary Public, State of New York
Kings County, Commission Expires 05/14/2011
Certified Nassau County

Harry Torres LIC#915257