USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Online Payment Solutions Inc.,

   Plaintiff

 -against-

Svenska Handelsbanken AB,
Peter Lars Johansson, Nicholas Nolter,
Eric Nolter aka Aryksin Noble,
Factor Europe UK Limited,

   Defendants.

Civil Action No. 07 CIV 8692 (PKL)

## STIPULATION AND ORDER
### EXTENDING DEFENDANT SVENSKA HANDELSBANKEN AB'S TIME TO RESPOND TO COMPLAINT

 WHEREAS, Plaintiff served Defendant Svenska Handelsbanken AB ("Svenska") with a Summons and Complaint on October 18, 2007;

 WHEREAS, Svenska's time to answer, plead, move, or otherwise respond is now November 7, 2007;

 WHEREAS, Plaintiff has so far filed proof of service only as to Svenska;

 WHEREAS, Svenska requested that its time to answer, plead, move, or otherwise respond to the Complaint relate to Plaintiff's service on the other defendants, but Plaintiff declined;

 WHEREAS, Plaintiff and Svenska agree that Svenska's time to answer, plead, move, or otherwise respond to the Complaint should be extended;

 WHEREAS, Svenska informed Plaintiff that it may seek another extension to allow sufficient time to obtain expert declarations; and

WHEREAS, no prior requests for extensions of time have been made.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Svenska's date to answer, plead, move, or otherwise respond to the Complaint is extended to and including December 7, 2007.

WHITE & CASE LLP

By: _____
Owen C. Pell (OP 0118)
Milana Salzman (MS 0401)
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Defendant*
*Svenska Handelsbanken AB*

LYNCH ROWIN LLP

By: _____
Marc Rowin (MR 6758)
630 Third Avenue
New York, NY 10017
(212) 682-4001

*Attorneys for Plaintiff*
*Online Payment Solutions Inc.*

SO ORDERED this 5th of Nov, 2007

_____
Hon. Peter K. Leisure
Senior United States District Court Judge