LEISURE, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Online Payment Solutions Inc., )
)
    Plaintiff )
)
   -against- )
)
Svenska Handelsbanken AB, )
Peter Lars Johansson, Nicholas Nolter, )
Eric Nolter aka Aryksin Noble, )
Factor Europe UK Limited, )
)
    Defendants. )
)

Civil Action No. 07 CIV 8692 (PKL)

### SECOND STIPULATION AND ORDER
### EXTENDING DEFENDANT SVENSKA HANDELSBANKEN AB'S
### TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiff served Defendant Svenska Handelsbanken AB ("Svenska") with a Summons and Complaint on October 18, 2007;

WHEREAS, Svenska's original date to answer, plead, move, or otherwise respond to the Complaint was November 7, 2007;

WHEREAS, by Stipulation and Order entered on November 6, 2007, Svenska's time to answer, plead, move, or otherwise respond was extended to December 7, 2007; and

WHEREAS, Plaintiff and Svenska agree that Svenska's time to answer, plead, move, or otherwise respond to the Complaint should be further extended.

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Svenska's date to answer, plead, move, or otherwise respond to the Complaint is extended to and including December 21, 2007.

WHITE & CASE LLP

By: _____
Owen C. Pell (OP 0118)
Milana Salzman (MS 0401)
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

*Attorneys for Defendant*
*Svenska Handelsbanken AB*

LYNCH ROWIN LLP

By: _____
Marc Rowin (MR 6758)
630 Third Avenue
New York, NY 10017
(212) 682-4001

*Attorneys for Plaintiff*
*Online Payment Solutions Inc.*

SO ORDERED this 26th of Nov, 2007

_____
Hon. Peter K. Leisure
Senior United States District Court Judge