# LYNCH ROWIN LLP

630 Third Avenue
New York, New York 10017

Telephone (212) 682-4001
Fax (212) 682-4003
www.lynchrowin.com

MARC ROWIN
PARTNER
mrowin@lynchrowin.com

December 14, 2007

VIA ECF

Honorable Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Online Payment Solutions Inc.
      v. Svenska Handelsbanken
    07 CIV 8692 (PKL)
    Our File No. 1700-02

Dear Judge Leisure:

  This firm is co-counsel for plaintiff Online Payment Solutions Inc. in the above-referenced action. This letter is intended to serve as a joint application with defendant Svenska Handelsbanken AB ("Svenska") for an adjournment of the conference presently scheduled for January 3, 2008 and related relief.

  To date, Svenska is the only defendant which has been served. Owen Pell, Esq., counsel for Svenska, has advised counsel for plaintiff that Svenska intends to move pursuant to Rule 12(b) to dismiss the action for failure to state a claim and on the grounds of *forum non conveniens*; pursuant to "so ordered" stipulation, Svenska's time to move is December 21, 2007. The parties have conferred and agreed upon a briefing schedule by which the motion will be fully briefed by March 7, 2008.

Hon. Peter K. Leisure                  2                  December 14, 2007

       In light of the forthcoming motion to dismiss, counsel for plaintiff and Svenska believe that it makes sense to hold the preliminary pretrial conference after the motion is fully briefed. In addition, counsel believe that (with the exception of such discovery as may be needed by plaintiff to oppose the motion) discovery should be held in abeyance pending the outcome of Svenska's motion. Accordingly, the parties jointly request that (a) the preliminary pretrial conference presently scheduled for January 3, 2008 be adjourned until March 31, 2008 and (b) the parties be relieved of the obligation of filing a Civil Case Management Plan pending the decision on Svenska's motion to dismiss. This relief has not previously been requested.

                                                     Respectfully yours,

                                                     Marc Rowin

MR:ps
cc: David Paul Steiner, Esq.
    Owen Pell, Esq. (via e-mail)