UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ONLINE PAYMENT SOLUTIONS, INC.,
A New York Corporation

                Plaintiff,

                -against-

SVENSKA HANDELSBANKEN A.B., a
Swedish public company; PETER LARS
JOHANSSON, an individual; NICHOLAS
NOLTER, an individual; ERIC NOLTER *aka*
ARYKSIN NOBLE, an individual; FACTOR
EUROPE UK LIMITED, a United Kingdom
limited liability company, and DOES 1-10,

                Defendants.

-----------------------------------------------------------------x

Index No.: 07 CIV 8692

MOTION TO ADMIT COUNSEL
PRO HAC VICE

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District Districts, plaintiff, OnLine Solutions, Inc., by its co-counsel Marc Rowin, Esq. of Lynch Rowin LLP, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of the following attorney:

    1.    David Paul Steiner (S.B.N: 64638)
           DAVID STEINER & ASSOCIATES
           A Professional Corporation
           1925 Century Park East, Suite 2350
           Los Angeles, CA 90067-6019
           Telephone No.: (310) 557-8422
           Facsimile No.:  (310) 556-0336
           Cell Phone No.: (310) 435-1800
           E-Mail: dpsartnetlaw@earthlink.net

      David P. Steiner is a member in good standing of the Bar of the States of California and Colorado.

      There are no pending disciplinary proceedings against David P. Steiner in any State or Federal Court.

Dated:     New York, New York
              December 5, 2007

                                LYNCH ROWIN LLP

                        By: _____
                              Marc Rowin (MR 6758)
                        630 Third Avenue
                        New York, New York 10017
                        (212) 682-4001

                                and

                        DAVID STEINER & ASSOCIATES
                        David Paul Steiner
                        A Professional Corporation
                        1925 Century Park East, Suite 2350
                        Los Angeles, CA 90067-6019
                        (310) 557-8422

                        Attorneys for Plaintiff
                           Online Payment Solutions Inc.

TO:    WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200 -x8711
Attorneys for Co-Defendant
  Svenska Handelsbanken A.B.

Peter Lars Johansson
Trädgårdsgatan 3
753 09 Uppsala, Sweden

Nicholas Nolter
4669 Kelly Drive,
West Palm Beach, Florida, 33415

Eric Nolter *aka* Aryksin Noble
4309 West Atlantic Blvd, Apt 920
Coconut Creek, FL 33066

4305 West Atlantic Ave, Apt. 816
Coconut Creek, FL 33066

FACTOR EUROPE UK LIMITED
28 Old Brompton Rd., Suite 26
South Kensington
SW7 3SS London, England

Palladium House
1-4 Argyll Street
W1F 7LD London, England

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ONLINE PAYMENT SOLUTIONS, INC.,
A New York Corporation

                    Plaintiff,

  -against-

SVENSKA HANDELSBANKEN A.B., a
Swedish public company; PETER LARS
JOHANSSON, an individual; NICHOLAS
NOLTER, an individual; ERIC NOLTER *aka*
ARYKSIN NOBLE, an individual; FACTOR
EUROPE UK LIMITED, a United Kingdom
limited liability company, and DOES 1-10,

                    Defendants.

Index No.: 07 CIV 8692

AFFIDAVIT OF MARC ROWIN
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK)

    MARC ROWIN, being duly sworn, deposes and says:

    1.    I am a member of Lynch Rowin LLP, co-counsel for plaintiff OnLine Payment Solutions, Inc. ("OPS"). I submit this affidavit in support of OPS' motion to admit David P. Steiner, Esq. as counsel pro hac vice to represent OPS in this matter. I am familiar with the proceedings in this case and have personal knowledge of the within facts.

    2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1973. I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3. David P. Steiner is a member of David Steiner & Associates.

4. Mr. Steiner has represented OPS in this matter, and is fully familiar with the proceedings in this case.

5. My firm has a longstanding relationship with David Steiner & Associates, and I have found Mr. Steiner to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Annexed hereto as Exhibit A are Certificates of Good Standing for Mr. Steiner, issued by the Bars of the States of California and Colorado.

7. Annexed hereto as Exhibit B is a proposed order granting the admission of Mr. Steiner, pro hac vice.

6. Accordingly, it is respectfully requested that OPS' motion to admit David P. Steiner, pro hac vice, to represent it in this matter be granted.

_____
MARC ROWIN (MR 6758)

Sworn to before me this
5th day of December, 2007

_____
Notary Public

NADINE YAVRU-SAKUK
Notary Public, State of New York
No. 02YA6154905
Qualified in Rockland County
Commission Expires October 23, 20_10_

2



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

# Certificate of Good Standing

United States District Court )
                              ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **David Paul Steiner, Bar No. 64638** was duly admitted to practice in said Court on **June 27, 1975**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on November 14, 2007

_Richard W. Wieking_
Clerk

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

**David Paul Steiner**, Bar No. **64638**

was duly admitted to practice in this Court on       **April 12th, 1976**

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  November 14, 2007
      *DATE*



SHERRI CARTER, CLERK

By   Andrea Kannike
Andrea Kannike, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

December 3, 2007

TO WHOM IT MAY CONCERN:

In accordance with your request, please find enclosed the form of certificate you require.

If this certificate includes disciplinary matters, and if you want additional information concerning that discipline, you may request copies of those records from the State Bar Court in our Los Angeles office. Call 213-765-1418 for further information.

* Please note that effective October 2005, the request for 5 certificates has changed; for a fee of $25, you may request a maximum of three (3) certificates per member.

RECORDS DEPARTMENT

JRM:knh
Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ONLINE PAYMENT SOLUTIONS, INC.,
A New York Corporation                              Index No.: 07 CIV 8692

                             Plaintiff,            ORDER FOR ADMISSION
                                                    PRO HAC VICE ON
  -against-                                        WRITTEN MOTION

SVENSKA HANDELSBANKEN A.B., a
Swedish public company; PETER LARS
JOHANSSON, an individual; NICHOLAS
NOLTER, an individual; ERIC NOLTER *aka*
ARYKSIN NOBLE, an individual; FACTOR
EUROPE UK LIMITED, a United Kingdom
limited liability company, and DOES 1-10,

                Defendants.

-----------------------------------------------------------------x

      Upon the motion of Marc Rowin of Lynch Rowin LLP, co-counsel for defendant Online Payment Solutions, Inc., and Mr. Rowin's supporting affidavit;

      IT IS HEREBY ORDERED that the following attorney is admitted to practice <u>pro hac vice</u> as counsel for Online Payment Solutions, Inc., in the above captioned case in the United States District Court for the Southern District of New York:

    1.    David Paul Steiner (S.B.N: 64638)
          DAVID STEINER & ASSOCIATES
          A Professional Corporation
          1925 Century Park East, Suite 2350
          Los Angeles, CA 90067-6019
          Telephone No.: (310) 557-8422
          Facsimile No.: (310) 556-0336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
ONLINE PAYMENT SOLUTIONS, INC., :
A New York Corporation :
: Index No. 07 CIV 8692
Plaintiff, :
:
-against- : AFFIDAVIT OF
: SERVICE
SVENSKA HANDELSBANKEN A.B., a Swedish :
public company; PETER LARS JOHANSSON, an :
individual; NICHOLAS NOLTER, an individual; :
ERIC NOLTER *aka* ARYKSIN NOBLE, an :
individual; FACTOR EUROPE UK LIMITED, a United :
Kingdom limited liability company, and DOES 1-10, :
:
Defendant. :
:
------------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

On December 5, 2007, in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[ x ]   By depositing same in an official depository of the U.S. Postal Service in New York City/State enclosed in postage-paid envelope/wrapper duly addressed and sealed.

DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

**AFFIDAVIT OF MARC ROWIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

ATTORNEYS SERVED:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036

SVENSKA HANDELSBANKEN A.B.
875 Third Avenue
New York, New York 10022

Peter Lars Johansson
Trädgårdsgatan 3
753 09 Uppsala, Sweden

Nicholas Nolter
4669 Kelly Drive,
West Palm Beach, Florida, 33415

Eric Nolter *aka* Aryksin Noble
4309 West Atlantic Blvd, Apt 920
Coconut Creek, FL 33066

4305 West Atlantic Ave, Apt. 816
Coconut Creek, FL 33066

FACTOR EUROPE UK LIMITED
28 Old Brompton Rd., Suite 26
South Kensington
SW7 3SS London, England

Palladium House
1-4 Argyll Street
W1F 7LD London, England

Sworn to before me on the
5th day of December, 2007

_____          _____
              Notary Public                                    Jennifer Escobar

NADINE YAVRU-SAKUK
Notary Public, State of New York
No. 02YA6154905
Qualified in Rockland County
Commission Expires October 23, 2010

2