**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————

| | |
|---|---|
| Online Payment Solutions Inc., ) | |
| ) | Civil Action No. 07 CIV 8692 (PKL) |
| Plaintiff ) | |
| ) | |
| -against- ) | |
| ) | **NOTICE OF APPEARANCE** |
| Svenska Handelsbanken AB, ) | |
| Peter Lars Johansson, Nicholas Nolter, ) | |
| Eric Nolter aka Aryksin Nolter, ) | |
| Factor Europe UK Limited, DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

————————————————————  )

PLEASE TAKE NOTICE that White & Case LLP hereby enters its appearance in the above–captioned action as counsel for Defendant Svenska Handelsbanken AB.

Dated: December 21, 2007
       New York, New York

                    WHITE & CASE LLP


                    By: ____/s/ Owen C. Pell_____
                         Owen C. Pell (OP 0118)
                         Milana Salzman (MS 0401)
                    1155 Avenue of the Americas
                    New York, New York 10036
                    (212) 819-8200

                    *Attorneys for Defendant*
                    *Svenska Handelsbanken AB*