UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Online Payment Solutions Inc., | |
| Plaintiff | Civil Action No. 07 CIV 8692 (PKL) |
| -against- | |
| Svenska Handelsbanken AB, Peter Lars Johansson, Nicholas Nolter, Eric Nolter aka Aryksin Noble, Factor Europe UK Limited, DOES 1-10, | **RULE 7.1 STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Svenska Handelsbanken AB ("Svenska") (a nongovernmental corporate party) certifies that Industrivärden AB is the only publicly held company that owns 10 or more percent of Svenska's stock and that Svenska does not have a publicly held corporate parent.

Dated: New York, New York
       December 21, 2007

                              WHITE & CASE LLP

                              By:   /s/ Owen C. Pell
                                  Owen C. Pell (OP 0118)
                                  Milana Salzman (MS 0401)
                              1155 Avenue of the Americas
                              New York, NY 10036
                              (212) 819-8200

                              *Attorneys for Defendant*
                              *Svenska Handelsbanken AB*