# Exhibit 1

# CLAES LUNDBLAD – Curriculum Vitae         December 2007

| | |
|---|---|
| BORN | 5 March, 1946 |
| OFFICE | Stockholm, Gothenburg |
| SWITCHBOARD | +46 8 505 765 00 |
| FAX | +46 8 505 765 01 |
| DIRECT | +46 8 505 765 28 |
| MOBILE | +46 709 777 697 |
| E-MAIL | clu@msa.se |
| ADDRESS | Norrmalmstorg 4, Box 1711, SE-111 87 Stockholm |
| TITLE | Member of the Swedish Bar Association |
| POSITION | Partner, Mannheimer Swartling |
| GROUP | Litigation and Arbitration, Maritime and Transport |
| SPECIALIST AREAS | Litigation and Arbitration |
| LANGUAGES | English, Swedish |
| EDUCATION AND TRAINING | University of Lund, LLM, -1969 |
| EXPERIENCE | District Court Service, 1970-1972<br>Associate, Mannheimer & Zetterlöf, 1972-1977<br>Resident, Rotterdam Office, 1974-1977<br>Partner, Mannheimer & Zetterlöf, 1977-1990<br>Partner, Mannheimer Swartling, 1990- |
| MEMBER | Swedish Maritime Law Association<br>International Bar Association<br>LCIA<br>Swedish Arbitration Association<br>American Bar Association<br>Swedish Bar Association, 1975<br>ICC International Court of Arbitration, 2002 - |
| TEACHING WORK | Visiting Professor, Gothenburg University, 2005 - |
| PUBLICATIONS | "Behövs en uppförandekod för skiljemän?", Svensk och internationell skiljedom, Årsskrift för Stockholms Handelskammares Skiljedomsinstitut, 1991<br>"Något om vittnesbeviset i domstol och skiljeförfarande", Festskrift till Jan Sandström, sid 327, 1997<br>"Rättssalens aktörer, förändrade roller och uppgifter", Svensk Juristtidning, sid. 459, 1999<br>"Proportionalitetsprincipen inom förvaltningsrätten efter Barsebäcksdomen (medförf: Mikael Wärnsby)", Europarättslig Tidskrift, sid. 209, 2000<br>"Domstolars integritet", Advokaten, nr 8, 2002<br>"Some Legal dimensions of Corporate Codes of Conduct, Corporate Social Responsibility: The Corporate Governance of the 21st Century, Kluwer Law International by Ramon Mullerat", 2005<br>"Om advokaters affärsjuridiska intressekonflikter", Intressekonflikter och finansiella marknader, Stockholm Centre for Commercial Law by Gunnar Nord & Per Thorell, 2006 |