# Exhibit 2

 **Bolagsverket**

Bevis  865 B
Bolagsordning

351 81 Sundsvall
Tfn: 060-18 40 00 · Fax: 060-12 98 40
bolagsverket@bolagsverket.se · www.bolagsverket.se



Härmed intygas att gällande bolagsordning[1] framgår av bifogad handling.

Sundsvall

**2007-12-14**

*Carolina Cardell*
Carolina Cardell

---

[1] Bolagsverket ansvarar inte för eventuella avvikelser i en översatt version, enbart den svenska bolagsordningen är granskad.

# BOLAGSORDNING
## för Svenska Handelsbanken
med däri stadfästa och under tiden till och med den [24 maj 2005] registrerade ändringar

FINANSINSPEKTIONEN

Ink 2006 -05- 11

Dnr 06-972-405

§ 1    FIRMA

Bankens firma är Svenska Handelsbanken AB. Banken är ett publikt bankaktiebolag (publ).

§ 2    STYRELSENS SÄTE

Bankens styrelse skall ha sitt säte i Stockholm.

§ 3    VERKSAMHET

Bankens verksamhet skall vara att driva bankrörelse. I sådan rörelse ingår betalningsförmedling via generella betalsystem och mottagande av medel som efter uppsägning är tillgängliga för fordringsägaren inom högst 30 dagar.

Banken får även utöva annan finansiell verksamhet och verksamhet som har ett naturligt samband med den. Banken får i sin verksamhet, bland annat
1. låna upp medel, till exempel genom att ge ut obligationer eller andra jämförbara fordringsrätter,
2. lämna och förmedla kredit, till exempel i form av konsumentkredit och kredit mot panträtt i fast egendom eller fordringar,
3. medverka vid finansiering, till exempel genom att förvärva fordringar och upplåta egendom till nyttjande (leasing),
4. tillhandahålla betalningsmedel,
5. ikläda sig garantiförbindelser och göra liknande åtaganden,
6. medverka vid värdepappersemissioner,
7. lämna ekonomisk rådgivning
8. förvara värdepapper,
9. driva rembursverksamhet,
10. tillhandahålla värdefackstjänster,
11. driva valutahandel,
12. driva värdepappersrörelse under de förutsättningar som föreskrivs i lagen (1991:981) om värdepappersrörelse,
13. lämna kreditupplysning under de förutsättningar som föreskrivs i kreditupplysningslagen (1973:1173),
14. driva verksamhet enligt lagen (2004:46) om investeringsfonder,
15. driva pensionssparrörelse enligt lagen (1993:931) om individuellt pensionssparande,
16. lämna rådgivning och biträde i företagsledningsfrågor samt förmedla köp och försäljning av företag (corporate finance),
17. driva inkassorörelse,
18. förmedla köp, försäljning och belåning av fastigheter och tomträtter,
19. förvalta fastigheter och tomträtter,

20. driva handel med guld för kunders räkning,
21. driva redovisningsverksamhet,
22. tillhandahålla värdetransporter,
23. tillhandahålla datatjänster,
24. förmedla försäkringar.

§ 4   AKTIEKAPITAL OCH ANTAL AKTIER

Bankens aktiekapital skall utgöra lägst en miljard tvåhundra miljoner (1 200 000 000) kronor och högst fyra miljarder åttahundra miljoner (4 800 000 000) kronor.

Antalet aktier skall vara lägst 500 000 000 och högst 2 000 000 000.

Aktier av två slag får ges ut, serie A och serie B. Aktier av serie A får ges ut till ett antal av högst 2 000 000 000 och aktier av serie B till ett antal av högst 50 000 000.

Aktie av serie A medför en röst och aktie serie B en tiondels röst.

§ 5   AKTIEÄGARES RÄTT VID ÖKNING AV AKTIEKAPITALET

Beslutar banken att genom kontantemission eller kvittningsemission ge ut nya aktier av serie A och serie B, skall ägare av aktier av serie A och serie B äga företrädesrätt att teckna nya aktier av samma aktieslag i förhållande till det antal aktier innehavaren förut äger (primär företrädesrätt). Aktier som inte tecknats med primär företrädesrätt skall erbjudas samtliga aktieägare till teckning (subsidiär företrädesrätt). Om inte sålunda erbjudna aktier räcker för den teckning som sker med subsidiär företrädesrätt, skall aktierna fördelas mellan tecknarna i förhållande till det antal aktier de förut äger och i den mån detta inte kan ske, genom lottning.

Beslutar banken att genom kontantemission eller kvittningsemission ge ut aktier endast av serie A eller serie B, skall samtliga aktieägare, oavsett om deras aktier är av serie A eller serie B, äga företrädesrätt att teckna nya aktier i förhållande till det antal aktier de förut äger.

Beslutar banken att genom kontantemission eller kvittningsemission ge ut teckningsoptioner eller konvertibler har aktieägarna företrädesrätt att teckna teckningsoptioner som om emissionen gällde de aktier som kan komma att nytecknas på grund av optionsrätten, respektive företrädesrätt att teckna konvertibler som om emissionen gällde de aktier som konvertiblerna kan komma att bytas ut mot.

Vad som ovan sagts skall inte innebära någon inskränkning i möjligheten att fatta beslut om kontantemission eller kvittningsemission med avvikelse från aktieägarnas företrädesrätt.

§ 6   AVSTÄMNINGSFÖRBEHÅLL

Den aktieägare eller förvaltare som på avstämningsdagen är införd i aktieboken och antecknad i ett avstämningsregister enligt 4 kap lagen (1998:1479) om kontoföring av finansiella instrument eller den som är antecknad på avstämningskonto enligt 4 kap. 18 första stycket 6-8 nämnda lag skall antas vara behörig att utöva de rättigheter som följer av 4 kap. 39 § aktiebolagslagen (2005:551).

§ 7    STYRELSELEDAMÖTER

Utöver de ledamöter som enligt lag skall utses av annan än bolagsstämman skall styrelsen bestå av lägst åtta och högst femton ledamöter.

§ 8    REVISORER

Utöver de revisorer, vilka enligt lag utses av annan än bolagsstämman, skall banken ha en eller två revisorer och motsvarande antal suppleanter eller ett eller två registrerade revisionsbolag

§ 9    KALLELSE TILL BOLAGSSTÄMMA

Kallelse till bolagsstämma och andra meddelanden till aktieägarna skall ske genom annonsering i Post- och Inrikes Tidningar samt i Svenska Dagbladet och Dagens Nyheter.

§ 10    AKTIEÄGARES RÄTT ATT DELTA I BOLAGSSTÄMMA

Aktieägare som vill delta i bolagsstämma skall dels vara upptagen i en utskrift av hela aktieboken avseende förhållandena fem vardagar före stämman, dels anmäla sig hos banken, huvudkontoret, senast kl 15 den dag som anges i kallelsen till stämman. Sistnämnda dag får inte vara söndag, annan allmän helgdag, lördag, midsommarafton, julafton eller nyårsafton och inte infalla tidigare än femte vardagen före stämman.

Aktieägare äger medföra högst två biträden dock endast om aktieägaren anmäler antalet biträden enligt första stycket.

§ 11    UTOMSTÅENDES NÄRVARO VID BOLAGSSTÄMMA

Den som inte är aktieägare i banken skall, på de villkor som styrelsen bestämmer, ha rätt att närvara eller på annat sätt följa förhandlingarna vid bolagsstämma.

§ 12    ORDFÖRANDE VID BOLAGSSTÄMMA, RÖSTRÄTT

Bolagsstämma öppnas av styrelsens ordförande eller den styrelsen därtill utsett.

Ordförande vid bolagsstämma väljes av de närvarande aktieägarna.

Ej må någon föra talan och utöva rösträtt med högre röstetal än som motsvarar tio procent av det totala röstetalet i banken.

## § 13   ÅRSSTÄMMA

På årsstämma skall följande ärenden förekomma till behandling:

1. Val av ordföranden på stämman,;
2. Upprättande och godkännande av röstlängd;
3. Godkännande av dagordning;
4. Val av två justeringsmän;
5. Prövning av om stämman blivit behörigen sammankallad;
6. Framläggande av årsredovisningen och revisionsberättelsen samt koncernredovisningen och koncernrevisionsberättelsen;
7. Beslut om
   a) fastställande av resultaträkningen och balansräkningen samt koncernresultaträkningen och koncernbalansräkningen,
   b) dispositioner beträffande bankens vinst eller förlust enligt den fastställda balansräkningen,
   c) ansvarsfrihet åt styrelseledamöterna och verkställande direktören;
8. Bestämmande av antalet styrelseledamöter samt, i förekommande fall, revisor och revisorssuppleant;
9. Fastställande av arvoden åt styrelsen och, i förekommande fall, revisor;
10. Val av styrelseledamöter samt, i förekommande fall, revisor och revisorssuppleant eller registrerat revisionsbolag;

Annat ärende, som ankommer på stämman enligt aktiebolagslagen eller bolagsordning.

## § 14   RÄKENSKAPSÅR

Bankens räkenskapsår skall vara kalenderår.