# Exhibit C

ECS World - Contact Us

High Risk and Offshore Merchant Account Services



# ECS WORLD
Online payment solutions



Chat with us live!
CLICK HERE

## CONTACT ECS

### Head Office - London

**ECS World (ECommerce Services UK Ltd.)**
London House 100 New Kings Rd
Fulham London SW6 4LX UK
Tel. +44 (0) 207 348 6152
Fax. +44 (0) 207 348 6155
Location map

| E-mail | | |
|---|---|---|
| Sales | Support | Webmaster |

### Quick Contact Form

Subject: General
Contact Name: *
Email: *
Telephone:
Comments:



Submit

* Required Fields

- HOME
- COMPANY
- SERVICES
- ARTICLES
- PRICES
- RESELLER PROGRAM
- CONTACT
- LINKS & RESOURCES

**NEWS & EVENTS**

**Gaming Summit - Florida**
8 - 9 Oct 2007
The 3rd Annual Florida Gaming...

**A4U Expo 2007 - London**
25 - 26 Oct 2007
Offering strategies for...



WE PROVIDE THE RIGHT SOLUTION TO FIT YOUR BUSINESS

Apply | Support | Site Map