# Exhibit D

Ecs-World – High Risk Merchant Accounts

High Risk and Offshore Merchant Account Services

Apply | Support | Site Map





Chat with us live!
CLICK HERE

- HOME
- COMPANY
- SERVICES
- ARTICLES
- PRICES
- RESELLER PROGRAM
- CONTACT
- ☐ LINKS & RESOURCES

**NEWS & EVENTS**

**A4U Expo 2007 - London**
25 - 26 Oct 2007
Offering strategies for….

**Gaming Summit - Florida**
8 - 9 Oct 2007
The 3rd Annual Florida Gaming…

ARTICLES - ECS-WORLD

## High Risk Merchant Accounts

Categorized by the high risks involved and potential charge back history, the high risk merchant accounts provide business owners a larger ground for opportunities. High risk business owners find it hard to get accepted by acquiring banks and credit card processors due to the fraud and risk factor involved. Such businesses generally have a high turnover and due to the high credit rate businesses face a difficult time finding payment processing options.

### High Risk Merchant Accounts by Ecs-World.com

Only a few merchant account providers are willing to take the risk and offer high risk merchant accounts. Ecs-World offers High Risk Merchant Accounts for most high risk businesses. We accept:

- Online Pharmacy
- Adult Industry
- Online Casino/Gaming
- Travel Industry
- Online Tobacco/Cigarette
- Replica Merchants
- Online Dating Services
- Online Auctions
- Email Services/Search Engines
- Computer Hardware/Software Products
- Sports Wagering
- E-wallet/E-cash

At Ecs-World we welcome both low and high risk merchants for our account services. We recognize the risks involved in the high risk businesses and that is why our high risk merchant

accounts provide you various benefits. Offering high risk merchant accounts worldwide we provide easy account setup and simple merchant account solutions. Our high risk merchant accounts are safe and secure with the latest fraud protection tools and reliable payment gateways.

Get a High Risk Merchant Account today!

Back to Articles

**ECS EVENTS CALENDAR**

**SES – Chicago**
3 - 7 Dec 2007
SES Chicago returns this...

**PPC Summit - San Francisco**
15 - 16 Nov 2007
This two day summit is a must-attend...

**Gaming Expo - Las Vegas**
11 - 13 Nov 2007
Attend the most must-see event...



© Copyright Ecs-World.com offshore merchant accounts. All Rights Reserved.