# Exhibit F

 **Bolagsverket**

**e-REGISTRERINGSBEVIS**
**AKTIEBOLAG**

| Organisationsnummer | |
|---|---|
| 556650-7801 | |
| Objektets registreringsdatum | Nuvarande firmas registreringsdatum |
| 2003-10-21 | 2004-06-22 |
| Dokumentet skapat | Sida |
| 2007-12-07  11:52 | 1(2) |

Organisationsnummer: 556650-7801

Firma: Scandinavian Net Logistics AB

Adress:
Box 5077
102 42  STOCKHOLM

Säte: Stockholms län,  Stockholm kommun
Registreringslän:

Anmärkning: Konkurs inledd 2006-06-27.

**Detta är ett privat aktiebolag.**

**BILDAT DATUM**
2003-06-01

**KONKURS**
2006-06-27 försattes bolaget i konkurs. Bolaget lyder under Stockholms tingsrätt.
FÖRVALTARE:
Widenholm, Stefan, Box 2056, 103 12 STOCKHOLM
TILLSYNSMYNDIGHET:
Kronofogdemyndigheten i Stockholm, 106 65 STOCKHOLM

**SAMMANSTÄLLNING AV AKTIEKAPITAL**

Aktiekapital....: 100.000 SEK         Lägst: 100.000 SEK
                                      Högst: 400.000 SEK
Antal aktier....: 1.000

**STYRELSELEDAMOT, ORDFÖRANDE**
720630-7196 Rosengren, Karl Magnus, Svarvargatan 3, 112 49 STOCKHOLM

**REVISOR(ER)**
631110-4316 Persson, Stefan Torsten, c/o Nexia Revision Stockholm KB,
            Box 1024, 101 38 STOCKHOLM

**FIRMATECKNING**
Uppgift om firmateckning saknas

**VAKANS**
Styrelsen ska bestå av 2 ledamöter och 1 suppleant.
Bolaget saknar följaktligen registrerad behörig styrelse, i följd
varav uppgift rörande rätten att teckna firman saknas.

D1a-507387


**Bolagsverket**

**e-REGISTRERINGSBEVIS**
**AKTIEBOLAG**

| Organisationsnummer | |
|---|---|
| 556650-7801 | |
| Objektets registreringsdatum | Nuvarande firmas registreringsdatum |
| 2003-10-21 | 2004-06-22 |
| Dokumentet skapat | Sida |
| 2007-12-07  11:52 | 2(2) |

**FÖRESKRIFT OM ANTAL STYRELSELEDAMÖTER/STYRELSESUPPLEANTER**
Styrelsen skall bestå av lägst 1 och högst 4 ledamöter
med högst 2 suppleanter.

**BOLAGSORDNING**
Datum för senaste ändringen: 2004-11-15

**VERKSAMHET**
Bolaget skall tillhandahålla internetbaserade transaktionssystem
och återförsäljartjänster för handel av nedladdningsbar mjukvara.
Bolaget skall vidare bedriva handel med digitala värdekuponger,
samt idka därmed förenlig verksamhet. Bolaget skall även bedriva
agenturhandel med metallråvaror samt handel med hårdvara.

**RÄKENSKAPSÅR**
0901 - 0831

**KALLELSE**
Kallelse sker genom brev med posten.

**FIRMAHISTORIK**
2004-02-11 Scandinavian Pay System AB
2003-10-21 Bra Start 1207 AB

********Ovanstående utgör utdrag ur näringslivsregistret********
           Bolagsverket

Dokumentet är ett elektroniskt registreringsbevis utfärdat av Bolagsverket.

Aktuell information kan alltid hämtas från Näringslivsregistret, http://www.bolagsverket.se/snr

Bolagsverket
851 81 Sundsvall
060-18 40 00 (växel)
bolagsverket@bolagsverket.se
www.bolagsverket.se