# Exhibit G



**Free Football Picks** (*http://bettorsworld.com/web/forums/index.php*)
- **Oddswiz Sportsbooks and sports betting forums**
(*http://bettorsworld.com/web/forums/forumdisplay.php?f=16*)
- - **NICK NOLTER AND WORLDNET INFO PLEASE...**
(*http://bettorsworld.com/web/forums/showthread.php?t=7547*)

---

### REALITY                                    03-03-2001 01:28 PM

**NI CK NOLTER AND WORLDNET INFO PLEASE...**

I HAVE BEEN ASKED IF I KNOW OF THIS INDIVIDUAL AND THIS COMPANY WORLDNET.

I REMEMBER SEEING OR HEARING THE NAME BUT I CAN'T RECALL IN WHAT CONTEXT.

ANY INFO OR COMMENTS GOOD OR BAD WOULD BE GREATLY APPRECIATED.

THANK YOU.

REALITY

---

### jlpblade                                   03-03-2001 06:06 PM

REALITY

I did a google search and got these results.

Jeff

http://www.google.com/search?q=%22n...en&lr=&safe=off

[This message has been edited by jlpblade (edited 03-03-2001).]

---

### REALITY                                    03-03-2001 07:14 PM

JEFF,

THANK YOU FOR YOUR TIME.

THIS SHOULD SAVE SOME GOOD PEOPLE FROM A BAD EXPERIENCE.

REALITY

[This message has been edited by REALITY (edited 03-03-2001).]

All times are GMT -5. The time now is 04:54 PM.

Powered by: vBulletin Version 3.0.3
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.