# Exhibit I

Print this topic.

**Topic Title** Nick Nolter

---

**Date Posted:** 03/29/2004 01:39:33 PM
**Posted By: TheRemedy**

It seems our old friend Nick Nolter is back to his usualy antics. After screwing numerous customers from his good old Translock.com days, to his VBucks.com days to his CCOrder.com days to his Bridgetrust.Com days to his illegal globeavs.com, Mr. Nolter seems to believe time has no way of catching up to him. If you ran a search in a search engine looking for this name its because of one of two reasons. Either you got screwed by this person or hes trying to lull you into some business venture; thats venture wtih the correct spelling of scam. A word of advise is all one can offer. This man has stolen money from more people that you have changed underwear, and we should hope you change them daily which means hes stolen from a lot. I ran a search for my name on the net and the result was somewhat sad... I found nothing. I would imagine unless you are a doctor or lawyer or some prominent business person, they same would happen to you. When you find one person on the internet so many times with no warrant for it other than all the findings are complaints... well as the saying goes... where theres smoke theres fire.

---

**Date Posted:** 03/30/2004 02:29:53 PM
**Posted By: Ace**

[*Ace: I have no idea what the initial post is referring to specifically. After extensive searching this is as close as I was able to find with reference to Nick Nolter and the IRS.*

*News should be just that, news. I've asked the webmaster to move this item.*]


U. S. Gov't applies to seize allegedly criminal proceeds

The United States Government has applied to seize $438,035 controlled by a United States-based attorney with close ties to a Grenada-based offshore bank and a convicted money launderer in Barbados. The funds are held at the Fifth Third Bank, of Evansville, Indiana, in an escrow account in the names of Price & Associates and Price & Collins law firms and con-trolled by attorney David E. Price, of Santa Claus, Indiana. The account was frozen after the FBI informed the bank in February, 2002 that it was being used to accept the proceeds from an alleged telemarketing scam, according to an asset forfeiture complaint filed at the U. S. District Court for the Southern District of Illinois on February 28, 2003. Subsequently, the account was linked to another alleged fraud in Illinois and "various fraud schemes being conducted in Canada, the United States and in Bar-bados, during 2001 and 2002", it was alleged. Apart from Price, participants in one or more of the schemes included Cana-dian national David Indy Chityal and British national Sean Alexander Quinn, a.k.a. Alex Sean McClaren, according to the complaint. All three men had a relationship with European-American International Bank Ltd., of Grenada, with Price providing legal services to EAB and Chityal and Quinn being clients of the bank, it was al-leged. Chityal operated DNV Financial Corpo-ration, which was incorporated in Grenada, located in Quebec, Canada, and provided financial planning services and associated computer software programs. Quinn is a former Barbados resident who, in December, 2002, pleaded guilty to money laundering involving credit card fraud. Prior to his arrest and conviction, he operated Capital Group (Barbados) Inc.; Capital Group Management, Inc .; and New World International Investments Corpora-tion from an office in St. Peter, Barbados. In one of the schemes whose funds were run through the Price escrow account, "various victims in the United States were contacted by a person in Canada who iden-tified himself as 'Robert Morgan'," accord-ing to the complaint. "Morgan would falsely tell the victim that he or she had won a substantial sum of money in a sweepstakes (the "Canadian Sweepstakes scheme"), but that the alleged winner was first required to pay various taxes before being able to collect the al-leged winnings. "The victims made numerous transfers of money to bank accounts in Canada, the United States and overseas, including the Price Escrow account, having been pro-vided with the necessary transfer instruc-tions by the perpetrator of the fraud." After money went into the Price escrow account, David Chityal gave instructions to EAB to transfer it to other accounts he con-trolled, it was alleged. "The victims of the Canadian Sweep-
(Continued from page 3) stakes scheme lost in excess of two mil-lion dollars, and the amount of money

wired through the Price Escrow Account related to this one scheme totals at least $387,848.00." The scam linked to Quinn involved the sale of "credit counseling packages", starting in August, 2001, with sales trans-acted through a Visa account at the Cana-dian Imperial Bank of Commerce, accord-ing to the complaint. "As a part of this relationship between Quinn and CIBC, CIBC required Quinn to conduct all of the sales of the credit counseling packages in person, and not over the telephone, in order to decrease the risk of fraud," it was alleged. "From early September, 200 1, through late November, 200 1, Quinn sold approximately 15,000 credit counseling packages, with CIBC processing approxi-mately $2,743,000.00 in sales. As of Feb-ruary of 2002, CIBC has had to refund approximately 40% of the money col-lected in this scheme. "CIBC learned that Quinn violated the terms of his agreement with CIBC by sell-ing most of the credit counseling packages over the telephone. CIBC further learned that many of the individuals wanting a re-fund never agreed to purchase the credit counseling package, and had never even received a sales pitch to purchase such a package. "The $2,743,000.00 processed by CIBC was deposited into an account maintained by Capital Group Barbados. Of this amount, $442,000.00 was wired into the Price Escrow Account." **On March 14, 2003, a statement of in-terest was filed by WorldNetFiber Ltd., which is incorpored in Grenada and based in Fort Lauderdale, Florida. The company, through its President, Nicholas Nolter, claimed it was the benefi-cial owner of $225,000 of the funds that were frozen and that its funds had been 'innocently' caught up in the lawsuit.**

www.ipi.com.au/ipi/ipi.nsf/0/451a1f5c445a6a1bca256d4900159ecf/ $FILE/kyoa.pdf

03/30/2004 14:38:25|U