# Exhibit J




The page cannot be displayed

| HOME | POSTING FORUM | SPORTSBOOKS | LIVE LINES | FREE SPORTS PICKS |



## Hideous Figures in The World of Online Gambling and Where They Are Now

Christopher Costigan, www.sports911.com

There are people that go down as some of the most infamous stiffs in the world of offshore/online gambling, and by no means is this list in any particular order.

### Charlie Therwhanger

This weasel snuck out of Curacao owing players more than 6 million dollars as part of the most infamous sportsbook closure in the industry's history, Aces Gold/Sports Market. Therwhanger did not head back to Texas a broke man, however. He managed to siphon a few million from St. Kitts bank accounts, the same account he used to put his own daughter through a ritzy ivy league college. Upon arriving back in Lubbock, Texas, Therwhanger hired two huge body guards to protect him. You will likely find the ex-race car driver these days racing horses.

### Eddie Hadeed



This clown's family emigrated to Antigua from Syria back in the late 1800's. The family then owned prized race horses. These wealthy Christians were eventually run

out of Syria. The family turned little 'ol Antigua into its own island, becoming the most prominent family residing there. The Hadeeds own a chain of roach-infested restaurants, a water bottling company and plenty of real estate. Well, spoiled rotten and reckless Eddie decided one day to open up his own Sportsbook, Premiere League. After Victor Chandler managed to save that book from going belly up, Eddie decides once is not enough and opens Aladins Gold. Since Eddie started this company with practically zero cash, Aladin's Gold was down for the count in no time....too bad there was nothing left to count. The Antigua government claimed that Eddie ran off the island and could not be traced, but we all know better than that. Many players ended up screwed by Junior Hadeed and his legacy will live on in the form of a permanent black eye on Antigua's reputation.

## Nick Nolter
Even the mere mention of his name makes industry stalwarts cringe. Nolter was one of the first e-processors who sold most operators a bill of goods. Their funds turned up frozen in a Nicaraguan bank some time thereafter. Everyone from World Sports Exchange to ABC Islands ended up reeling for the tune of more than $10 million dollars. It has been said on numerous occasions that if one were to place Nolter in a football stadium, the place would not be large enough to fill up with all of his enemies. Oddly enough, Nolter is known for helping a handful of Cuban baseball players escape the island by boat to Costa Rica.

## Tony Brown
Another hideous figure in the world of offshore gambling. He expects everyone to forget that as the man behind ePayment Solutions, it wasn't *his* fault that using a non-gaming credit card code and processor got him into a whole host of problems resulting in the stiff job of countless sportsbook operators. Another eProcessor gone bad....but wait, there are more....

## Anthony Vavarro
Who can forget Securebuxx and Anthony Vavarro, the degenerate gambler liar who actually had a good concept going that could compete in an arena abandoned by powerhouse PayPal. This slime ball made John Lovitz character, the Compulsive Liar on Saturday Night Live, look like George Washington after he cut down the cherry tree.

## Reggie From Blue Marlin
It never seems to amaze me how scammers will buy time while attempting to get all their ducks in order. That is exactly what Reggie did in his feeble attempts to sell Blue Marlin and all of its seeded accounts. Way to go Reggie! You turned out to be a real winner, owing out a few million dollars to players in the process.

Other unscrupulous characters include Lance from New Age Bets, a degenerate gambler who closed shop and took off with all the players funds, Michael Simone (Sports International)....and who can forget good 'ol Stevie K. There are more....too many to name, *and that is terribly unfortunate.*

**Originally published on May 9, 2004 (11:00 pm EST)**

FIND ARTICLES HERE

**SPORTS**

*Copyright ? 2000 - 2004 Twenty-One Holdings, LLC*

READ OUR ARCHIVES HERE