UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ONLINE PAYMENT SOLUTIONS, INC.,
A New York Corporation

                            Plaintiff,

 -against-

SVENSKA HANDELSBANKEN A.B., a
Swedish public company; PETER LARS
JOHANSSON, an individual; NICHOLAS
NOLTER, an individual; ERIC NOLTER *aka*
ARYKSIN NOBLE, an individual; FACTOR
EUROPE UK LIMITED, a United Kingdom
limited liability company, and DOES 1-10,

                       Defendants.

-----------------------------------------------------------------x

Index No.: 07 CIV 8692

ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION

      Upon the motion of Marc Rowin of Lynch Rowin LLP, co-counsel for defendant Online Payment Solutions, Inc., and Mr. Rowin's supporting affidavit;

      IT IS HEREBY ORDERED that the following attorney is admitted to practice <u>pro hac vice</u> as counsel for Online Payment Solutions, Inc., in the above captioned case in the United States District Court for the Southern District of New York:

    1.     David Paul Steiner (S.B.N: 64638)
           DAVID STEINER & ASSOCIATES
           A Professional Corporation
           1925 Century Park East, Suite 2350
           Los Angeles, CA 90067-6019
           Telephone No.: (310) 557-8422
           Facsimile No.: (310) 556-0336

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Cell Phone No.: (310) 435-1800
E-Mail: dpsartnetlaw@earthlink.net

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System (ECF), counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/02/08

_____
U.S.D.J./U.S.M.J.