AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ONLINE PAYMENT SOLUTIONS INC.

**SUMMONS IN A CIVIL ACTION**

V.

SVENSKA HANDELSBANKEN A.B. a Swedish public company; PETER LARS JOHANSSON, an individual; NICHOLAS NOLTER, an individual; ERIC NOLTER aka ARYKSIN NOBLE, an individual; FACTOR EUROPE UK LIMITED, a United Kingdom Limited Liability company and DOES 1-10

CASE NUMBER:

07 CV 8692
-ECF CASE-


JUDGE LEISURE

TO: (Name and address of Defendant)

1ST — ERIC NOLTER AKA ARYKSIN NOBLE
4309 WEST ATLANTIC BLVD
APT 920
COCONUT CREEK, FLORIDA 33066
NOT AT ADD

2ND — 4305 WEST ATLANTIC BLVD
APT 816
COCONUT CREEK, FLORIDA 33066
NOT AT 2ND ADD

7:00 pm 11/12
6:33 pm 1/09

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNCH ROWIN LLP
630 THIRD AVENUE
16TH FLOOR
NEW YORK, NEW YORK 10017

3RD / 6713 N.W. 70 AVE
TAMARAC FL.
6:33 pm 1/09/08
9:8
# 659

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

11:72 pm 1/09/09

J. MICHAEL McMAHON

CLERK  *Marcos Quintero*    DATE  OCT 0 9 2007

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9TH DAY OF JANUARY 2008 AT 6:37 PM |
| NAME OF SERVER (PRINT) JAMES BERRY | TITLE S.P.S. # 659 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 6713 N.W. 70 AVE. TAMARAC, FL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9 JAN. 2008
Date

Signature of Server: James Berry # 659

Address of Server: 1110 N. 73 WAY, HOLLYWOOD, FL. 33024

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of NEW YORK

Case Number: 07-CIV 8692 JUDGE LEISURE

Plaintiff:
**ONLINE PAYMENT SOLUTIONS INC.**

vs.

Defendant:
**SVENSKA EANDELSBANKEN AB. a SWEDISH PUBLIC COMPANY; PETER LARS JOHANSSON; NICHOLAS NOLTER; ERIC NOLTER a/k/a ARYSIN NOBLE; et al.**

For:
Chapman Smith, Esq.
CHAPMAN SMITH & ASSOCIATES
2699 Stirling Road, Suite A-201
Ft. Lauderdale, FL 33312

Received by J & C Legal Services Inc. on the 7th day of November, 2007 at 11:20 am to be served on **ERIC NOLTER a/k/a ARYKSIN NOBLE, 6713 N.W. 70 AVE., TAMARAC, FL.**

I, JAMES BERRY, do hereby affirm that on the **9th day of January, 2008 at 6:33 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **ERIC NOLTER a/k/a ARYKSIN NOBLE** at the address of: **6713 N.W. 70 AVE., TAMARAC, FL**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing RETURN OF SERVICE, and that the facts stated herein are true. Notary not required as per f.s. 92.525

JAMES BERRY
Process Server, # 658

J & C Legal Services Inc.
1110 N 73rd Way
Hollywood, FL 33024
(954) 983-4270

Our Job Serial Number: 2008000019