# LYNCH ROWIN LLP

630 Third Avenue
New York, New York 10017

Telephone (212) 682-4001
Fax (212) 682-4003
www.lynchrowin.com

MARC ROWIN
PARTNER
mrowin@lynchrowin.com

February 13, 2008

VIA ECF

Honorable Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

>   Re: Online Payment Solutions Inc.
>       v. Svenska Handelsbanken
>       07 CIV 8692 (PKL)
>       <u>Our File No. 1700-02</u>

Dear Judge Leisure:

This firm is co-counsel for plaintiff Online Payment Solutions Inc. in the above-referenced action.

I am writing to request that plaintiff's time to submit papers in opposition to defendant Svenska Handelsbanken, A.B.'s motion to dismiss and for other relief be extended from February 15, 2008 to March 14, 2008. The additional time is needed in order to finalize an expert affidavit with respect to foreign law for the purpose of countering defendant's expert submissions.

Plaintiff has not previously sought an adjournment of its time to submit opposing papers. Defendant's counsel has consented to the adjournment and has executed the enclosed stipulation to that effect.

The stipulation also extends defendant's time to serve reply papers from March 7,

2

The stipulation also extends defendant's time to serve reply papers from March 7, 2008 to April 9, 2008. I am advised by defendant's counsel that this is needed because Owen Pell, Esq., the partner in charge of this matter for defendant, will be out of the office for three weeks during the latter part of March, returning to the office on March 31.

Defendant has not previously sought an adjournment of its time to submit reply papers. Plaintiff's counsel has consented to that adjournment.

It is therefore respectfully requested that Your Honor grant the requested extensions and "so order" the enclosed stipulation.

Respectfully yours,

Marc Rowin

MR:ps
Enclosure
cc: David Paul Steiner, Esq. (w/encl.)
    Owen Pell, Esq. (via e-mail)(w/encl.)