

*Leisure*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ONLINE PAYMENT SOLUTIONS INC.,

          Plaintiff,

-against-

SVENSKA HANDELSBANKEN, A.B., et al.

          Defendants.

----------------------------------x

07 CIV 8692 (PKL)

STIPULATION

1.    The time of plaintiff Online Payment Solutions Inc. ("OPS") to serve and file papers in opposition to defendant Svenska Handelsbanken, A.B.'s motion to dismiss and for other relief is extended from February 15, 2008 to March 14, 2008.

2.    The time of defendant Svenska Handelsbanken, A.B. to serve and file reply papers in support of its motion to dismiss and for other relief is extended from March 7, 2008 to April 9, 2008.

3.    No prior extension of time to serve and file its opposition papers has been sought by OPS.

Dated: New York, New York
February 13, 2008

WHITE & CASE LLP

By: _____
Owen Pell
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
Attorneys for Defendant
Svenska Handelsbanken, A.B.

LYNCH ROWIN LLP

By: _____
Marc Rowin
630 Third Avenue
New York, New York 10017
(212) 682-4001
Attorneys for Plaintiff

SO ORDERED:   2/20/08

_____
Peter K. Leisure, U.S.D.J.

2