UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ONLINE PAYMENT SOLUTIONS, INC., <br> A New York Corporation <br><br> Plaintiff, <br><br> -against- <br><br> SVENSKA HANDELSBANKEN A.B., a Swedish public company; PETER LARS JOHANSSON, an individual; NICHOLAS NOLTER, an individual; ERIC NOLTER *aka* ARYKSIN NOBLE, an individual; FACTOR EUROPE UK LIMITED, a United Kingdom limited liability company, and DOES 1-10, <br><br> Defendant. | Index No. 07 CIV 8692 <br><br> AFFIDAVIT OF SERVICE |

------------------------------------------------------------------x

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

On March 3, 2008, in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[ x ]   By depositing same in an official depository of the U.S. Postal Service in New York City/State enclosed in postage-paid envelope/wrapper duly addressed and sealed.
[ x ]   By Fedex International Mail

DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):

**SUMMONS & COMPLAINT**
**FRCP 7.1 STATEMENT**
**CIVIL COVER SHEET**
**INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE**
**GUIDELINES AND INSTRUCTIONS FOR ELECTRONIC FILING**

PARTY'S SERVED:

Peter Lars Johansson
28 Old Brompton Rd., Suite 26
South Kensington
SW7 3SS London, England

Sworn to before me on the
3rd day of March, 2008

_____              _____
Notary Public                           Jennifer Escobar

NADINE YAVRU-SAKUK
Notary Public, State of New York
No. 02YA6154905
Qualified in Rockland County
Commission Expires October 23, 2010