UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| ONLINE PAYMENT SOLUTIONS, INC., <br> A New York Corporation <br><br> Plaintiff, <br><br> -against- <br><br> SVENSKA HANDELSBANKEN A.B., a Swedish public company; PETER LARS JOHANSSON, an individual; NICHOLAS NOLTER, an individual; ERIC NOLTER *aka* ARYKSIN NOBLE, an individual; FACTOR EUROPE UK LIMITED, a United Kingdom limited liability company, and DOES 1-10, <br><br> Defendant. | Index No. 07 CIV 8692 <br><br> AFFIDAVIT OF <br> SERVICE |

----------------------------------------------------------------x

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

The UNDERSIGNED, who is not a party to this action/proceeding, being duly sworn, being over the age of 18 years and, having an address in care of Lynch Rowin LLP, 630 Third Avenue, New York, New York 10017, says:

On February 29, 2008, in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[ x ]   By depositing same in an official depository of the U.S. Postal Service in New York City/State enclosed in postage-paid envelope/wrapper duly addressed and sealed.
[ x ]   By Fedex International Mail


DESCRIPTION OF PAPERS (and QUANTITY where more than one copy):

**SUMMONS & COMPLAINT**
**FRCP 7.1 STATEMENT**
**CIVIL COVER SHEET**
**INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE**
**GUIDELINES AND INSTRUCTIONS FOR ELECTRONIC FILING**

PARTY'S SERVED:

Factor Europe UK Limited
28 Old Brompton Rd., Suite 26
South Kensington
SW7 3SS London, England

Peter Lars Johansson
Tradgardsgatan
753 09 Upsula, Sweden

Sworn to before me on the
29th day of February, 2008

_____          _____
Notary Public                                       Jennifer Escobar

NADINE YAVRU-SAKUK
Notary Public, State of New York
No. 02YA6154905
Qualified in Rockland County
Commission Expires October 23, 2010