UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONLINE PAYMENT SOLUTIONS INC., a )
New York corporation,             ) Civil Action No.: 07 CIV 8692 (PKL)
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )
SVENSKA HANDELSBANKEN AB,         )
PETER LARS JOHANSSEN, NICHOLAS    )
NOLTER, ERIC NOLTER aka ARYKSIN   )
NOBLE, FACTOR EUROPE UK LIMITED,  )
and DOES 1-10,                    )
                                  )
            Defendants.           )
                                  )
                                  )

## DECLARATION OF JASON FIELD IN OPPOSITION TO DEFENDANT SVENSKA HANDELSBANKEN'S MOTION TO DISMISS THE COMPLAINT ON GROUNDS OF FORUM NON CONVENIENS

I, Jason Field, declare under penalty of perjury.

1. I am the sole principal of Online Payment Solutions ("OPS") a company I authorized my counsel to form on my behalf in New York. I was also the sole principal of E-Commerce Services UK Limited ("ECS"), a company that I formed in the United Kingdom in 2001 to assist Internet merchants with securing online credit card processing solutions.

2. As of November 2006, I have been a permanent resident of the State of Massachusetts, along with my wife Jodi Ladakakos Field, a U.S. citizen and former office manager of ECS. I work in New Hampshire. ECS has no active office or

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  1

employees in the United Kingdom. I, as ECS' sole principal have been assigned all of ECS' claims. I also have in my possession in Massachusetts all of ECS' documents pertaining to its business interactions, including the transactions that are the subject of this litigation.

3. ECS closed its UK office and let go its staff largely in part because its business suffered at the hands of the Defendants who made it difficult for ECS to financially continue operating as a business, it also damaged ECS' reputation in the merchant processing community.

4. I created OPS in order to represent my interests as the owner of ECS claims, while minimizing additional harm to my reputation or that of my other business ventures, from being in any way associated with Scandorder, Nick or Eric Nolter, or Peter Johansson, or their theft of over $6 million in merchant processing funds. A copy of my assignment to OPS is attached as Exhibit A.

5. As the assignee of ECS' claims, being the only principal of OPS, I simply cannot afford to prosecute this action abroad, because of the costs of litigating this action in a country far from where I reside and work, and in a place where I have no access to key witnesses and documentation. Not only do I currently work in New Hampshire, but my wife (also a witness as a former office manager of ECS), and I all reside in Massachusetts. By instituting this action in New York, I merely seek to litigate this case closer to where we reside, where the bulk of the evidence/witnesses are actually contained, where defendants are actually amenable to jurisdiction, where my chosen legal counsel is based, and where I can more fairly bear the expenses. I have absolutely no connection to Sweden, or the financial ability to prosecute an action there. As for England, ECS has no active offices or employees anywhere near that region. In my opinion, the hardship Plaintiff would suffer from dismissal, would well outweigh any hardship to Svenska Handelsbanken, as a large institution, from having to defend this

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  2

case in New York, particularly in light of the fact that Bank has maintained offices in New York for over a decade, and has the benefit of established counsel such as White & Case.

6. My relationship with Scandorder began in 2004. In mid 2004, I personally communicated with representatives of Scandorder, (also referred to as Scandor.com, and sometimes Scanorder) in Florida, concerning ECS' use of Scandorder's online credit card solution. My conversations took place with Walid el Houri, a Scandorder employee. Mr. Houri represented to me that Scandorder was an established credit card processing company, with an existing Visa/Mastercard relationship through Svenska Handelsbanken. Mr. Houri also told me that Scandorder had created a unique credit card processing technology that would ensure that ECS would receive prompt and full settlement of processing payments. Mr. Houri very compellingly described all of the features of the processing software, and based on my experiences with other processers in the past, I felt that the technology was extremely attractive. I was also particularly impressed by Defendant's established relationship with a major banking institution such as Handelsbanken, knowing that merchant accounts are subject to strict qualification standards. After communicating with Mr. Houri, looking through the company's website, and searching for information about Scandorder online, I agreed to have Scandorder process some of ECS' credit card processing funds. After these initial funds were settled in a timely manner, I allowed them to process additional funds.

7. Scandorder's merchant banking relationship with Handelsbanken was a pivotal part of my decision to allow Scandorder to process funds, as my experiences in the credit card processing industry taught me that it was very difficult to secure merchant accounts in that they were subject to the rigorous qualification and verification standards set up by Visa/Mastercard to protect against loss and fraud. From experience, I knew that these merchant accounts were supposed to be run pursuant to

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  3

Visa/Mastercard's strict rules and regulations. The fact that Scandorder had a merchant banking relationship through an established bank like Handelsbanken reassured me that they were indeed an established and bona fide processor, who'd passed bank (and, thus, Visa/Mastercard) scrutiny. Mastercard is, in fact, located in New York, while Visa is in California., which would also make it more convenient for me to acquire evidence relating to their requirements.

8. From about August 2004 through July 2005, ECS processed it's merchant credit card transactions through Scandorder's software and computers in Florida. The processed funds included those from online credit card transactions initiated by New York consumers, and the cards issued by their local New York Banks. Attached to my declaration as Exhibit B is a true and correct list of New York consumer witnesses whose transactions were run through Scandorder's processing technology in Florida (and who are still owed the return of their funds).

9. I had never communicated with or heard of either Nick or Eric Nolter prior to agreeing to process with Scandorder, and thus had no reason to investigate them on the Internet. Even so, I have no reason to believe that a search on the Internet back in early 2004 would have turned up anything discouraging about Nick Nolter. I have seen the pages printed off the Internet by Defendants counsel in December 2007, and can say based on my experience, that there is no reason to believe that search engines would have cataloged the web pages for most of those searches back in 2004. Furthermore, the name Nick Nolter when unconnected to Scandorder is pretty generic, and the one page that may have been viewable back then, gives no specifics about Mr. Nolter. All this hardly matters, because like I said, it was only after ECS began processing funds with Scandorder that I even came to be familiar with either Nick or Eric Nolter. As for Scandorder, my research about them found nothing in the least bit unfavorable, and I also continued to rely on the fact that Scandorder had an established merchant banking

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  4

relationship with a billion dollar banking institution, namely Handelsbanken. After we began processing, I spoke to the Nolters on various occasions in Florida regarding the processing of ECS' merchant funds. They were always very competent and professional in their demeanor, and because they did process early funds properly, I had no reason to suspect anything was amiss. Again, the fact that they had a Visa/Mastercard banking relationship with Handelsbanken gave them a lot of legitimacy. Other than myself, Jodi Ladakakos Field, who served as office manager for ECS, was the next in line in terms of most often communicating with Scandorder; however, I was by far the person who interacted with them on ECS' behalf most often.

10. It was also only after I agreed to allow Scandorder to process ECS' merchant funds that I learned that Nick Nolter ran Scandorder. In my communications with Nick Nolter on behalf of ECS, I always found him to be professional and knowledgeable in our interactions, with a good mastery of the technology and its operations. I had no reason to suspect him. It also helped that the first transactions were all processed in a timely manner, which further made me trust the technology and Scandorder. And my thinking was after all Handelsbanken trusted them, so why shouldn't I?

11. Early on, beginning with the first batch in August 2004, Scandorder processed ECS' funds in a timely manner, leading ECS to naturally continue processing more and more funds with them. However, sometime after that, Defendants started to fail to turn over funds. By around June 2005, Scandorder had processed about $6 million in funds that it had failed to deliver over to us. Because we could not get access to those funds, we were unable to transfer them to our merchants, who naturally grew more and more frustrated. These merchants, including Menzia, began to make demands, wrongly accusing us of having taken their money. We were placed in a difficult position that ultimately was very bad for ECS' processing business, destroying many relationships.

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint 5

12. To the best of my knowledge, none of our merchants ever directly communicated with Scandorder or acquired any firsthand information. They interacted solely with ECS. When we could not turnover processed funds, these merchants, accordingly, spread the word on the Internet and in the trade that ECS must have been involved in a scam of some sort.

13. In the meantime, I was in charge of trying to secure the missing funds from Scandorder. I spoke with the Nolters repeatedly, and I also communicated with an individual named Peter Johansson. I was desperate to retrieve the missing funds and return them to the member merchants. In the beginning, Defendants kept telling me that they were holding back funds because of "chargebacks" which were returns that credit-card purchasers might make to the merchants, and for which the issuing banks cards would require a re-credit. However after a while it became more than apparent to me that enough time had elapsed to protect against chargebacks, and yet Defendants were still withholding funds.

14. I demanded the return of the funds. In various communications, Defendants promised to turn them over. However, when the time came to actually remit the funds, Defendants never followed through on their representations. Meanwhile, our merchants grew angrier, some of them filed lawsuits, others continued to send stern legal demand letters to us. These merchants were also continuing to publicize that they had lost processing funds with ECS, which only added to the Company's problems. In November 2006, ECS effectively closed its offices, and let go of its employees.

15. ECS has at no time had any formal business dealings with Factor Europe. Factor Europe only became relevant to us after the disappearance of the $6 million in funds, when we found out that Handelsbanken had transferred processing funds from a merchant account relating to Scandor.com into a Factor Europe account, before moving it to an account elsewhere. However, this does not make Factor Europe

Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  6

1  anything more than a conduit through which funds merely passed on their way to other
2  accounts around the world.   Factor Europe is certainly not a main Defendant here in the
3  least. In fact, I believe that it is nothing but a shell.
4      16.    As I noted, to our knowledge, none of our merchants ever
5  communicated with Scandorder or any of the Defendants or had any involvement with
6  the processing of funds other than through us.  Menzia had absolutely no involvement or
7  interactions with Scandorder, the Nolters, Johansson or any other defendant.  Essentially,
8  Menzia only knows that it lost money.  Even so, David Alexius, principal of Menzia, has
9  represented to me that he is more than willing to participate as a witness in this forum, if
10 such is required (for obvious reasons Menzia would like the return of their funds).
11 Obviously, I, myself, and Jodi Ladakakos Field are more than willing witnesses who
12 consent to the jurisdiction of this Court.  It goes without saying we have absolutely no
13 connection to Sweden, and would be unable to litigate in that forum.
14      17.    Frankly, if I had known that Defendants relationship with
15 Handelsbanken was somehow secured as a result of bribes, and in violation of
16 Visa/Mastercards rules, obviously I would never have done business with Defendants.
17 This sort of information, however, was not common knowledge, or something I could
18 google on the Internet. Having engaged in merchant processing for nearly over a decade
19 now with assorted processors and other banking institutions, I can also say that in my
20 experience virtually all of banks records, other than the processing agreement, would be
21 in electronic format, and not in hardcopy.

23  I declare under penalty of perjury under the laws of the State of New York and
24 the United States of America that the foregoing is true and correct.
25 Dated: March 13 2008

28 Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  7

_____
Jason Field

28  Declaration of Jason Field in Opposition to Handelsbanken's Motion to Dismiss the Complaint  8

| OpenDate | Transaction Id | Currency | Amount | Status | Cardholder | Email | Contact Number | IP Address |
|---|---|---|---|---|---|---|---|---|
| 24-Mar-05 | 502003593 | USD | $1,085.00 | Transaction approved. | Nobuko Baba Oganesoff | nobuko2@earthlink.net | (212) 580-3620 | 219.17.172.37 |
| 24-Mar-05 | 502003629 | USD | $481.50 | Transaction approved. | John Herron | jh154@juno.com | 516-381-5999 | 24.191.190.186 |
| 25-Mar-05 | 502003765 | USD | $481.50 | Transaction approved. | Tennyson Richards | gcarmic@aol.com | 718-345-5314 | 70.107.38.6 |
| 26-Mar-05 | 502003880 | USD | $481.50 | Transaction approved. | Miguel Gonzalez | barngonzalez@msn.com | 718-628-7911 | 70.107.47.154 |
| 26-Mar-05 | 502003917 | USD | $54.25 | Transaction approved. | james hayes | danielle91081@aol.com | (718) 743-1843 | 172.148.128.87 |
| 26-Mar-05 | 502003921 | USD | $488.25 | Transaction approved. | james hayes | danielle91081@aol.com | (718) 743-1843 | 172.148.128.87 |
| 26-Mar-05 | 502003931 | USD | $481.50 | Transaction approved. | warren smith | fixdgear@aol.com | 631 757 3221 | 24.187.220.181 |
| 26-Mar-05 | 502003979 | USD | $481.50 | Transaction approved. | Stephanie Thompson | angel031424@hotmail.com | 315-762-5867 | 211.221.13.227 |
| 26-Mar-05 | 502004227 | USD | $481.50 | Transaction approved. | Pasford Edwards | dydford@hotmail.com | (718) 723-3312 | 172.166.100.36 |
| 28-Mar-05 | 502004229 | USD | $481.50 | Transaction approved. | Joseph Mascoll | JMas673741@aol.com | 718-465-7090 | 24.193.144.194 |
| 28-Mar-05 | 502004369 | USD | $481.50 | Transaction approved. | joseph juhas | jjuhasz@nyc.rr.com | (718) 528-6173 | 172.166.100.36 |
| 29-Mar-05 | 502004391 | USD | $481.50 | Transaction approved. | carol mcintyre | rinahmc@aol.com | (718) 908-8966 | 70.23.245.184 |
| 29-Mar-05 | 502004519 | USD | $481.50 | Transaction approved. | Donald E Rodgers | Rodgersdeugene@aol.com | 718 527-7670 | 172.138.198.104 |
| 30-Mar-05 | 502004732 | USD | $554.44 | Transaction approved. | John Herron | jh154@juno.com | 516-381-5999 | 24.191.190.186 |
| 30-Mar-05 | 502004758 | USD | $218.10 | Transaction approved. | John Herron | jh154@juno.com | 516-381-5999 | 24.191.190.186 |
| 31-Mar-05 | 502004879 | USD | $19.53 | Transaction approved. | Bernard Cameron | hamshirebee@earthlink.net | 718-217-7833 | 4.237.244.206 |
| 31-Mar-05 | 502005080 | USD | $481.50 | Transaction approved. | Sherry Holl | sherry@ntnet.com | 315-891-3765 | 65.174.170.217 |
| 1-Apr-05 | 502005159 | USD | $542.50 | Transaction approved. | Philius Nicolas | TPinlac@att.net | (718) 507 5721 | 67.101.30.215 |
| 1-Apr-05 | 502005380 | USD | $481.50 | Transaction approved. | Teresita Iglesias | drpnicolas@yahoo.com | 516-564-9720 | 69.3.244.221 |
| 2-Apr-05 | 502005383 | USD | $481.50 | Transaction approved. | Philius Nicolas | scopeebl@aol.com | 516-266-1928 | 24.185.146.147 |
| 2-Apr-05 | 502005405 | USD | $26.75 | Transaction approved. | Scott Peebles | aungkh@aol.com | 718-622-1418 | 172.134.200.27 |
| 2-Apr-05 | 502005484 | USD | $481.50 | Transaction approved. | Peter Torruella | mesinjah@hotmail.com | 2127886893 | 210.54.196.242 |
| 3-Apr-05 | 502005572 | USD | $53.50 | Transaction approved. | James Spetz | drpnicolas@yahoo.com | 516-564-9720 | 172.156.237.73 |
| 4-Apr-05 | 502005694 | USD | $481.50 | Transaction approved. | Philius Nicolas@yahoo.com | saphy_02@hotmail.com | 718-951-7235 | 172.151.19.164 |
| 4-Apr-05 | 502005723 | USD | $481.50 | Transaction approved. | Kerry Grant | plb716@hotmail.com | 718-469-7225 | 70.23.26.195 |
| 4-Apr-05 | 502005782 | USD | $481.50 | Transaction approved. | LORRAINE THOMPSON | gauthierenterprises@yahoo.com | (516) 984-4467 | 24.46.80.253 |
| 4-Apr-05 | 502005784 | USD | $481.50 | Transaction approved. | Andy Gauthier | tommy_clan@yahoo.com | 516-377-2631 | 24.187.199.223 |
| 4-Apr-05 | 502005804 | USD | $651.00 | Transaction approved. | Thomas Estella | write2kc@optonline.net | 7184028758 | 67.87.201.40 |
| 4-Apr-05 | 502005860 | USD | $1,085.00 | Transaction approved. | Kevin Campbell | c_harewood@hotmail.com | 718 346 6676 | 68.161.217.173 |
| 5-Apr-05 | 502005931 | USD | $623.88 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 718 346 6676 | 68.161.217.173 |
| 5-Apr-05 | 502005943 | USD | $481.50 | Transaction approved. | Christiana Harewood | legbow@verizon.net | 212-963-2261 | 151.198.112.238 |
| 5-Apr-05 | 502005966 | USD | $26.75 | Transaction approved. | lorraine bowleg | ruvain2@msn.com | 215-412-2125 | 141.151.1.172 |
| 5-Apr-05 | 502006066 | USD | $1,085.00 | Transaction approved. | Ronald Richard | c_harewood@hotmail.com | 718 346 6676 | 68.160.231.90 |
| 5-Apr-05 | 502006938 | USD | $1,302.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 718 346 6676 | 141.157.212.152 |
| 9-Apr-05 | 502006976 | USD | $481.50 | Transaction approved. | Christiana harewood | chief1154@hotmail.com | 631-667-1878 | 198.190.230.59 |
| 9-Apr-05 | 502007087 | USD | $481.50 | Transaction approved. | Gerald Gallo | c_harewood@hotmail.com | 718 346 6676 | 141.157.212.152 |
| 9-Apr-05 | | | | Transaction approved. | Christiana Harewood | | | |

| Date | Transaction ID | Currency | Amount | Description | Name | Email | Phone | IP |
|---|---|---|---|---|---|---|---|---|
| 10-Apr-05 | 502007295 | USD | $481.50 | Transaction approved. | Phillus Nicolas | drpnicolas@globalconnek.com | 516-564-9720 | 69.3.244.221 |
| 10-Apr-05 | 502007331 | USD | $1,302.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 718 346 6676 | 68.160.225.178 |
| 11-Apr-05 | 502007504 | USD | $1,302.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 718 346 6676 | 141.157.215.194 |
| 11-Apr-05 | 502007433 | USD | $481.50 | Transaction approved. | Sondra Cohen | sc3@inorbit.com | 845-434-2417 | 24.161.111.201 |
| 11-Apr-05 | 502007467 | USD | $481.50 | Transaction approved. | Fritz Tibols | fmpromos@earthlink.net | 718-4817137 | 24.199.77.233 |
| 13-Apr-05 | 502007840 | USD | $481.50 | Transaction approved. | Gerald Gallo | chief1154@hotmail.com | 631-667-1878 | 24.193.180.163 |
| 13-Apr-05 | 502007923 | USD | $481.50 | Transaction approved. | David Jarvis | c_harewood@hotmail.com | 718 778 7287 | 68.161.196.24 |
| 17-Apr-05 | 502008911 | USD | $1,410.50 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 7183466676 | 68.161.196.61 |
| 18-Apr-05 | 502009187 | USD | $481.50 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | (718)460-3779 | 207.145.85.99 |
| 19-Apr-05 | 502009236 | USD | $520.80 | Transaction approved. | CHRISTIANA HAREWOOI | c_harewood@hotmail.com | 7183466676 | 141.157.216.168 |
| 19-Apr-05 | 502009243 | USD | $1,410.50 | Transaction approved. | CHRISTIANA HAREWOOI | c_harewood@hotmail.com | 7183466676 | 141.157.216.168 |
| 22-Apr-05 | 502009997 | USD | $488.25 | Transaction approved. | CHRISTIANA HAREWOOI | c_harewood@hotmail.com | 7183466676 | 141.157.201.203 |
| 22-Apr-05 | 502010189 | USD | $976.50 | Transaction approved. | Shurland Harewood | zanes1stboo@yahoo.com | 7183466676 | 68.161.202.189 |
| 23-Apr-05 | 502010258 | USD | $481.50 | Transaction approved. | Brian Pearson | brianpearson25@msn.com | 718 224-2469 | 24.193.216.239 |
| 23-Apr-05 | 502010287 | USD | $481.50 | Transaction approved. | Claude B. Jean-Louis | codo1@optonline.net | 718-975-8923 | 69.3.244.221 |
| 23-Apr-05 | 502010295 | USD | $481.50 | Transaction approved. | walter HUDGINS JR | halataer@yahoo.com | 718-205-0893 | 172.171.125.205 |
| 24-Apr-05 | 502010298 | USD | $481.50 | Transaction approved. | JORGE HERNANDEZ | josecruzm2002@hotmail.com | 718-617-5426 | 162.83.222.105 |
| 24-Apr-05 | 502010485 | USD | $542.50 | Transaction approved. | Joseph Mascoll | Deidramal@safe-mail.net | | 7185286173 172.156.247.31 |
| 25-Apr-05 | 502010573 | USD | $481.50 | Transaction approved. | Christopher Spezialetti | hunaetrex@yahoo.com | 607-732-6498 | 202.169.225.68 |
| 26-Apr-05 | 502010839 | USD | $481.50 | Transaction approved. | walter HUDGINS JR | halataer@yahoo.com | 212 694-9105 | 202.169.226.6 |
| 26-Apr-05 | 502010880 | USD | $481.50 | Transaction approved. | cathy lewis | ahraterx@yahoo.com | 718-369-2407 | 202.169.226.6 |
| 27-Apr-05 | 502011075 | USD | $1,953.00 | Transaction approved. | shurland harewood | zanes1stboo@yahoo.com | | 7183466676 141.157.196.137 |
| 27-Apr-05 | 502011201 | USD | $26.75 | Transaction approved. | ISAAC ISRAELOV | isaacisraelov@hotmail.com | 845-222-6272 | 68.193.207.254 |
| 27-Apr-05 | 502011222 | USD | $481.50 | Transaction approved. | Gerard Webb | admaer@yahoo.com | 718-885-7130 | 202.169.225.71 |
| 28-Apr-05 | 502011405 | USD | $1,953.00 | Transaction approved. | Shurland Harewood | zanes1stboo@yahoo.com | | 7183466676 141.157.236.86 |
| 29-Apr-05 | 502011703 | USD | $1,519.00 | Transaction approved. | Kevin Cousins | kevin_m_cousins2000@yahoo.co | 914-316-6534 | 68.199.73.139 |
| 1-May-05 | 502012120 | USD | $481.50 | Transaction approved. | Pierre Mervilus | PMervilus@aol.com | 516-378-8727 | 172.174.3.223 |
| 1-May-05 | 502012136 | USD | $1,128.40 | Transaction approved. | James Bennett | Danielle91081@aol.com | 718-743-1843 | 172.164.119.169 |
| 2-May-05 | 502012304 | USD | $1,953.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | | 7183466676 141.157.239.115 |
| 5-May-05 | 502013010 | USD | $481.50 | Transaction approved. | Anthony Blanc | blancpa@aol.com | 718 209-5499 | 172.151.89.85 |
| 9-May-05 | 502013934 | USD | $542.50 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | | 7183466676 68.161.219.129 |
| 9-May-05 | 502013952 | USD | $481.50 | Transaction approved. | Jorge R Salazar | JorSlz@earthlink.net | (212) 561-5972 | 69.86.61.37 |
| 12-May-05 | 502014791 | USD | $1,085.00 | Transaction approved. | Nobuko Baba Oganesoff | nobuko2@earthlink.net | 212 580 3629 | 219.17.172.89 |
| 12-May-05 | 502014791 | USD | $481.50 | Transaction approved. | Nobuko Baba Oganesoff | nobuko2@earthlink.net | 212 580 3629 | 219.17.172.89 |
| 14-May-05 | 502015008 | USD | $481.50 | Transaction approved. | betty diaz | bcd913@optonline.net | 845-35783312 | 67.83.130.213 |
| 15-May-05 | 502015372 | USD | $481.50 | Transaction approved. | ELINA PANOVA | elinapanova@aol.com | (718)3770952 | 70.107.13.98 |
| 17-May-05 | 502015650 | USD | $542.50 | Transaction approved. | Joseph Mascoll | Deidramal@safe-mail.net | | 7185286173 172.147.33.201 |

| Date | ID | Currency | Amount | Status | Name | Email | Phone | IP |
|---|---|---|---|---|---|---|---|---|
| 18-May-05 | 502015895 | USD | $481.50 | Transaction approved. | F Prosper | zepinaa@yahoo.com | 718-415-4595 | 141.155.22.127 |
| 19-May-05 | 502016057 | USD | $1,953.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | 718 346 6676 | 68.160.230.207 |
| 19-May-05 | 502016215 | USD | $481.50 | Transaction approved. | Danielle Battiloro | capgal77@hotmail.com | | 7186193363 63.100.108.19 |
| 20-May-05 | 502016404 | USD | $1,844.50 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | (718)460-3779 | 216.99.245.189 |
| 21-May-05 | 502016425 | USD | $542.50 | Transaction approved. | Inga Hicks | inghicwilliams@hotmail.com | 845.290.1002 | 67.85.94.133 |
| 21-May-05 | 502016453 | USD | $1,953.00 | Transaction approved. | Christiana Harewood | c_harewood@hotmail.com | | 7183466676 68.160.227.197 |
| 22-May-05 | 502016641 | USD | $651.00 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | (718)460-3779 | 4.236.195.158 |
| 23-May-05 | 502016690 | USD | $542.50 | Transaction approved. | Joseph Mascoll | Deidramal@safe-mail.net | | 7185286173 172.156.15.242 |
| 23-May-05 | 502016752 | USD | $1,087.71 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | (718)460-3779 | 4.236.72.215 |
| 24-May-05 | 502016786 | USD | $542.50 | Transaction approved. | Eve Welch | eve4michael@yahoo.com | (718)460-3779 | 141.149.43.87 |
| 24-May-05 | 502016880 | USD | $481.50 | Transaction approved. | Jorge R Salazar | JorSlz@earthlink.net | 914 666 4664 | 24.199.88.215 |
| 25-May-05 | 502017041 | USD | $108.50 | Transaction approved. | Yvette V. Gruel Daniel | ygruelstt@yahoo.com | (212) 561-5972 | 68.161.77.110 |
| 26-May-05 | 502017086 | USD | $481.50 | Transaction approved. | Philius Nicolas | drpnicolas@yahoo.com | 718-882-7367 | 69.3.244.221 |
| 26-May-05 | 502017168 | USD | $1,845.04 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | 718-434-7250 | 216.99.245.153 |
| 28-May-05 | 502017441 | USD | $271.25 | Transaction approved. | Harold Porter | porterhhh@aol.com | (718)460-3779 | 172.170.132.152 |
| 30-May-05 | 502017571 | USD | $1,139.79 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | 845 331-8529 | 66.2.156.178 |
| 31-May-05 | 502017655 | USD | $542.50 | Transaction approved. | Dydre Edwards | dydford@hotmail.com | (718)460-3779 | 172.156.180.194 |
| 1-Jun-05 | 502017762 | USD | $481.50 | Transaction approved. | John Byrd | jwb91654@aol.com | (718) 723-3312 | 24.44.120.121 |
| 1-Jun-05 | 502017821 | USD | $481.50 | Transaction approved. | Diane Masi | dianemasi@optonline.net | 845-267-8105 | 68.192.133.43 |
| 3-Jun-05 | 502018012 | USD | $481.50 | Transaction approved. | Paulette Bartley | hopemckenzie@safe-mail.net | (718) 868-3153 | 213.239.234.49 |
| 5-Jun-05 | 502018194 | USD | $481.50 | Transaction approved. | Keaton Morris | Cpaclawyer@aol.com | 631-665-2463 | 70.23.79.214 |
| 6-Jun-05 | 502018306 | USD | $481.50 | Transaction approved. | lorraine thompson | plb716@hotmail.com | 718-469-7225 | 70.23.40.225 |
| 6-Jun-05 | 502018308 | USD | $481.50 | Transaction approved. | KEVIN ALT | ka_cingular@yahoo.com | 315-243-0048 | 67.50.29.146 |
| 9-Jun-05 | 502018497 | USD | $54.25 | Transaction approved. | Jansen Basiao | thejpretender@gmail.com | (718)460-3779 | 66.108.150.183 |
| 11-Jun-05 | 502018601 | USD | $481.50 | Transaction approved. | Sylvia Spence | ticawoman@excite.com | | 7186040009 24.185.79.74 |
| 12-Jun-05 | 502018670 | USD | $542.50 | Transaction approved. | Joseph Mascoll | Deidramal@safe-mail.net | 718-528-6173 | 172.140.218.95 |
| 12-Jun-05 | 502018680 | USD | $481.50 | Transaction approved. | Lawrence Olinsky | trnczar@hotmail.com | 845-641-9898 | 68.192.136.241 |
| 13-Jun-05 | 502018788 | USD | $481.50 | Transaction approved. | Muhammad Aziz | sbi122000@yahoo.com | 718-377-0509 | 70.23.234.150 |
| 14-Jun-05 | 502018803 | USD | $481.50 | Transaction approved. | Paulette Bartley | hopemckenzie@safe-mail.net | (718) 868-3153 | 213.239.234.62 |
| 15-Jun-05 | 502018902 | USD | $481.50 | Transaction approved. | Nidal Safi | nidals12@yahoo.com | 212-694-1990 | 70.23.234.150 |
| 15-Jun-05 | 502018911 | USD | $481.50 | Transaction approved. | Gerald Tyler | joet122@yahoo.com | 718-496-4545 | 70.23.234.150 |
| 17-Jun-05 | 502019181 | USD | $481.50 | Transaction approved. | LIONEL SIMON | lionless5@juno.com | 718-327-0446 | 4.237.236.155 |
| 17-Jun-05 | 502019275 | USD | $481.50 | Transaction approved. | Frank Cavalluzzi | cavalluzzi@ft.newyorklife.com | 516-327-5714 | 216.233.124.132 |
| | | | $69,043.69 | | | | | |