UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08
```

Online Payment Solutions Inc., )
)
    Plaintiff )    Civil Action No. 07 CIV 8692 (PKL)
)
-against- )
)
Svenska Handelsbanken AB, )
Peter Lars Johansson, Nicholas Nolter, )
Eric Nolter aka Aryksin Noble, )
Factor Europe UK Limited, DOES 1-10, )
)
    Defendants. )

## ORDER GRANTING LEAVE TO SUPPLEMENT
## SVENSKA HANDELSBANKEN AB'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 15(d), Defendant Svenska Handelsbanken AB's request for leave to supplement its motion to dismiss with respect to *forum non conveniens* is hereby GRANTED.

Svenska Handelsbanken AB shall file its supplemental brief by September 17, 2008. Plaintiff may oppose within 14 days thereafter. Svenska will have 7 days to respond to any opposition.

Dated: September 10, 2008      So Ordered: /s/ Peter K. Leisure
                                                                                     U.S.D.J.