UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Online Payment Solutions Inc., )<br>)<br>Plaintiff )<br>)<br>-against- )<br>)<br>Svenska Handelsbanken AB, )<br>Peter Lars Johansson, Nicholas Nolter, )<br>Eric Nolter aka Aryksin Noble, )<br>Factor Europe UK Limited, DOES 1-10 )<br>)<br>Defendants. )<br>) | Civil Action No. 07 CIV 8692<br><br>**DECLARATION OF**<br>**FREDRIK SCHULTZ** |

I, **Fredrik Schultz,** hereby declare, pursuant to Article 28 U.S.C. § 1746:

1.  I am counsel with White & Case Advokat AB in Stockholm, Sweden. I have been an attorney with White & Case LLP since 1988. Before that, I worked for the Swedish courts from 1983 until 1988.

2.  I have personal knowledge of the matters discussed herein. I submit this declaration in support of the supplemental brief on *forum non conveniens* filed by Defendant Svenska Handelsbanken AB ("Svenska") in the above-captioned action.

3.  Attached as Exhibit A is a true and correct copy of the application for a summons filed by the District Attorney in Stockholm against Lars Peter Johansson, among others, and a certified English translation. This application for a summons was filed in the Stockholm District Court on August 11, 2008.

4. The documents collected by the authorities in the preliminary criminal investigation relating to the summons application amount to approximately 5,000 pages, which are on file with the Stockholm District Court.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed in Stockholm, Sweden
On this 8th day of September, 2008.

Fredrik Schultz